## Allegheny Light Company v. Pittsburgh, Appellant.

Argued Jan. 9, 1905. Appeal, No. 10, Oct. T., 1905, by defendant, from decree of C. P. No. 2, Allegheny Co., July T., 1904, No. 151, on bill in equity in case of Allegheny County Light Company v. City of Pittsburgh and John F. Steel, Treasurer of the City of Pittsburg. Before MITCHELL, C. J., DEAN, FELL, BROWN, MESTREZAT, POTTER and ELKIN, JJ. Affirmed.

The tax in this case was one half cent per lineal foot of pole line or wire, or five cents per lineal foot of conduit.

OPINION BY MR. JUSTICE BROWN, April 17, 1905:

The tax which the city of Pittsburg would collect from this

appellee is an unauthorized property tax, and, for the reason given in the opinion in Pittsburgh Railways Company v. City of Pittsburgh et al., No. 12, October Term, 1905, this day filed, the decree is affirmed and the appeal dismissed at appellants' costs.

